HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO ARIAS-AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANTONIO ARIAS-AYALA,<br><br>    *Defendant.* | No. 1:13-cr-00249 AWI-BAM-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date: July 22, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 8, 2013 at 10:00 a.m., **may be continued to July 22, 2013 at 10:00 p.m.**

The government has advised the defense that the plea offer will be extended to July 22, 2013. This continuance is requested to allow time for the defense to review the offer and allow time for Mr. Arias-Ayala to consider the offer. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

1

|     |                      |     |                                                      |
| --- | -------------------- | --- | ---------------------------------------------------- |
|     |                      |     | BENJAMIN B. WAGNER<br>United States Attorney         |
| DATED: July 3, 2013 |          | By: | /s/ Mia A. Gicomazzi<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|     |                      |     | HEATHER E. WILLIAMS<br>Federal Defender              |
| DATED: July 3, 2013 |          | By: | /s/ Ann H. McGlenon<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>Antonio Arias-Ayala |

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  July 5, 2013

SENIOR DISTRICT JUDGE